```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
                                   :
UNITED STATES OF AMERICA           :
                                   :
          - v. -                   :    NOTICE OF INTENT
                                   :    TO FILE AN INFORMATION
PUM SUN LEE CHO,                   :
                                   :    08-CR-507
          Defendant.               :
                                   :
- - - - - - - - - - - - - - - - - x
```

ORIGINAL  JUDGE SULLIVAN

DOC # 12

Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          May 19, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 12
DATE FILED: 5/19/08

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____/Rebecca Rohr
                              Rebecca Rohr
                              Assistant United States Attorney
                              Tel:  212-637-2531
                              Fax:  212-637-2527

                              AGREED AND CONSENTED TO:

                         By:  _____
                              Emad G. Iskaros, Esq.
                              Attorney for Pum Sun Lee Cho

5/19/08    WHEEL A