JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA           :      INFORMATION
                                   :
          - v. -                   :
                                   :
PUM SUN LEE CHO,                   :      08 Cr.
                                   :
          Defendant.               :
                                   :
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

COUNT ONE

(Bank Fraud)

The United States Attorney charges:

From at least in or about June 2006, up to and including in or about May 2007, in the Southern District of New York and elsewhere, PUM SUN LEE CHO, the defendant, unlawfully, willfully, and knowingly did execute and attempt to execute a scheme and artifice to defraud a financial institution, the deposits of which were then insured by the Federal Deposit Insurance Corporation, and to obtain money, funds, credits, assets, securities and other property owned by and under the custody and control of such financial institution by means of false and fraudulent pretenses, representations, and promises, to wit, CHO opened a line of credit at JP Morgan Chase Bank, deposited a check from a bank account knowing that such account

did not contain sufficient funds to cover the check, and then wrote checks on the line of credit to obtain cash.

(Title 18, United States Codes, Section 1344.)

*Michael Garcia*
MICHAEL J. GARCIA
United States Attorney

---

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

- v. -

PUM SUN LEE CHO,

Defendant.

---

**INFORMATION**

08 Cr.

(18 U.S.C. § 1344)

MICHAEL J. GARCIA
United States Attorney.

---

6-6-08

\* Filed Waiver of Indictment + Information. Deft. pres. with attorney Mr. Iskaros, A.U.S.A Ms. Rohr pres. ~~[struck through]~~ Deft. arraigned + Plead Not guilty Bail Cont. Time Excluded Between 6-6-08 + 6-13-08 on consent.

Pitman
U.S.M.J