JUDGE SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA        :

      - v. -                  :   08 Cr.

PUM SUN LEE CHO,                :   **08 CRIM 507**

      Defendant.              :

                              :
- - - - - - - - - - - - - - - - x

      The above-named defendant, who is accused of violating Title 18, United States Code, Section 1344, being advised of the nature of the charge and of her rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Dated:   New York, New York
         June 6, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUN 06 2008